**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:** Case No. ____________

**Custom Conveyer & Fabrication Corp.** Chapter **7**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . $ **3,500.00**

   Prior to the filing of this statement I have received . . . . . $ **3,500.00**

   Balance Due . . . . . $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 28, 2010**
Date

***/s/ Mazyar M. Hedayat, Esq.***

**Mazyar M. Hedayat, Esq. 6226806**
**M. Hedayat & Associates, P.C.**
**425 Quadrangle Drive Ste. 101**
**Bolingbrook, IL 60440**
**(630) 378-2200 Fax: (630) 578-2878**
**mhedayat@mha-law.com**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:** Case No. ______________________

**Custom Conveyer & Fabrication Corp.** Chapter **7**
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

______________________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

______________________________________

______________________________________

**X** ______________________________________
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

______________________________________
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Custom Conveyer & Fabrication Corp.**
Printed Name(s) of Debtor(s)

**X** ***/s/ Donald William Hughes*** **5/28/2010**
Signature of Debtor Date

Case No. (if known) ______________________

**X** ______________________________________
Signature of Joint Debtor (if any) Date

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
# Northern District of Illinois

## Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Custom Conveyer & Fabrication Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **,** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **36-3760256** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **6825 Ticonderoga Road Downers Grove, IL** ZIPCODE **60516** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **IL** ZIPCODE |
| County of Residence or of the Principal Place of Business: **DuPage** | County of Residence or of the Principal Place of Business: **DuPage** |
| Mailing Address of Debtor (if different from street address) ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**624 Anderson Drive, Unit A, Romeoville, IL** ZIPCODE **60446**

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Custom Conveyer & Fabrication Corp.** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X ______________________________
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord or lessor that obtained judgment)

______________________________
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Custom Conveyer & Fabrication Corp.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Attorney*

X ***/s/ Mazyar M. Hedayat, Esq.***
Signature of Attorney for Debtor(s)

**Mazyar M. Hedayat, Esq. 6226806**
**M. Hedayat & Associates, P.C.**
**425 Quadrangle Drive Ste. 101**
**Bolingbrook, IL 60440**
**(630) 378-2200 Fax: (630) 578-2878**
**mhedayat@mha-law.com**

**May 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Donald William Hughes***
Signature of Authorized Individual

**Donald William Hughes**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 28, 2010**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

______________________________
Address

______________________________

X ______________________________
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

______________________________
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:** Case No. ______________________

**Custom Conveyer & Fabrication Corp.** Chapter **7**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Donald W. Hughes**<br>**6825 Ticonderoga Road**<br>**Downers Grove, IL 60506** | **100** | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:** Case No. ____________

**Custom Conveyer & Fabrication Corp.** Chapter **7**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 7 | $ 251,459.80 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 185,623.11 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 148,076.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| | TOTAL | 22 | $ 251,459.80 | $ 333,699.59 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Custom Conveyer & Fabrication Corp.** Case No. ____________
Debtor(s) (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Custom Conveyer & Fabrication Corp. Debtor(s) Case No. (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business Checking | H | 27,509.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with landlord Anderson Drive, LLC | | 8,000.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Custom Conveyer & Fabrication Corp. Case No. ____________
Debtor(s) (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Curent a/r for company incoming receivables, not paid yet | H | 45,802.80 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Qty 1 19" tv office | H | 50.00 |
| | | Qty 1 acerview 76e monitor office | H | 60.00 |
| | | Qty 1 cannon i560 inkjet printer office | H | 193.00 |
| | | Qty 1 compaq ij650 series inkjet printer office | H | 88.00 |
| | | Qty 1 compaq presario 5000 pc office | H | 95.00 |
| | | Qty 1 compaq presario 6000 pc office | H | 95.00 |
| | | Qty 1 compaq presario 7000 pc office | H | 95.00 |
| | | Qty 1 copy machine konica minolta ep 3190d office | H | 350.00 |
| | | Qty 1 d-size blueprint file cabinet office | H | 350.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Custom Conveyer & Fabrication Corp. Case No.
Debtor(s) (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Qty 1 hp laser jet 4000 laser printer office | H | 145.00 |
| | | Qty 1 hp pavilion 552 pc office | H | 132.00 |
| | | Qty 1 hp pavilion a250e pc office | H | 156.00 |
| | | Qty 1 hp pavilion a706n pc office | H | 138.00 |
| | | Qty 1 large corner reception desk (3 part with hutch and 1, 2 drawer file cabinet) office | H | 850.00 |
| | | Qty 1 large dry erase board office | H | 150.00 |
| | | Qty 1 late model whirlpool refrigerator/freezer office | H | 100.00 |
| | | Qty 1 leather swivel office chair office | H | 100.00 |
| | | Qty 1 lot (1) drafting table with chair office | H | 600.00 |
| | | Qty 1 lot (1) lunchroom fold out table with 6 chairs office | H | 250.00 |
| | | Qty 1 lot (2) vacuums office | H | 80.00 |
| | | Qty 1 lot (4) extra cubicle separators with one desk office | H | 375.00 |
| | | Qty 1 lot (5) misc mouse office | H | 50.00 |
| | | Qty 1 lot (6) misc. small-med book shelves office | H | 270.00 |
| | | Qty 1 lot (8) misc keyboards: hp, compaq, belken office | H | 120.00 |
| | | Qty 1 lot conference table w/ 6 swivel chairs office | H | 900.00 |
| | | Qty 1 lot misc office supplies office | H | 250.00 |
| | | Qty 1 lot row of heavy duty metal lockers (6) office | H | 750.00 |
| | | Qty 1 metal file cabinet, 2 drawer office | H | 50.00 |
| | | Qty 1 metal file cabinet, 5 drawer office | H | 125.00 |
| | | Qty 1 metal shop desk office | H | 200.00 |
| | | Qty 1 packard bell vlmf monitor office | H | 35.00 |
| | | Qty 1 plotter printer hp designjet 450c office | H | 1,859.00 |
| | | Qty 1 small reception desk (2 part) office | H | 200.00 |
| | | Qty 1 tall metal office supply cabinet office | H | 200.00 |
| | | Qty 1 typewriter brother sx-4000 office | H | 90.00 |
| | | Qty 1 typewriter smith corona pwp 50d office | H | 50.00 |
| | | Qty 1 viewsonic ultrabrite a90f+monitor office | H | 115.00 |
| | | Qty 1 wood entertainment center office | H | 100.00 |
| | | Qty 1 wood file cabinet, 2 drawer office | H | 45.00 |
| | | Qty 2 compaq fs740 monitor office | H | 328.00 |
| | | Qty 2 cubicles with desks, 1 file cabinet and hutch storage office | H | 1,400.00 |
| | | Qty 2 wooden desks office | H | 300.00 |
| | | Qty 3 6ft metal, 6 shelve bookshelves office | H | 450.00 |
| | | Qty 4 reception chairs office | H | 140.00 |
| | | Qty 5 fold out tables office | H | 175.00 |
| | | Qty 6 cloth swivel office chairs office | H | 300.00 |
| | | Qty 6 sbc 4000 phones office | H | 1,224.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Custom Conveyer & Fabrication Corp. Case No. ____
Debtor(s) (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Qty 9 metal file cabinet, 4 drawer office | H | 900.00 |
| | | Qty 1 porta cable Â½" porta band saw building | H | 75.00 |
| | | Qty 1 150 gal vertical air compressor. building | H | 500.00 |
| | | Qty 1 18" manual stretch film wrap tool building | H | 40.00 |
| | | Qty 1 20 ton bottle jack building | H | 15.00 |
| | | Qty 1 34" wide x 54"lg. steel work bench building | H | 200.00 |
| | | Qty 1 36" wide x 60"lg. heavy duty work bench on wheels building | H | 600.00 |
| | | Qty 1 38" wide x 24" deep x 52" tall shipping desk-stand up building | H | 100.00 |
| | | Qty 1 42" wide x 84"lg. heavy duty steel work bench building | H | 750.00 |
| | | Qty 1 43" wide x 84"lg. heavy duty steel work bench building | H | 750.00 |
| | | Qty 1 45" wide x 128"lg. heavy duty steel work bench with elec. outlets and bench vise building | H | 1,200.00 |
| | | Qty 1 48"lg. x 36" wide x 36" tall sheet steel rack Â– 4 compartment. building | H | 100.00 |
| | | Qty 1 5" bench vise with swivel head and pipe clamp building | H | 100.00 |
| | | Qty 1 5ft. wide x 3ft. deep x 10ft. tall pallet rack. building | H | 100.00 |
| | | Qty 1 6" bench grinder with pedestal stand. building | H | 200.00 |
| | | Qty 1 60"lg. x 60" tall x 24" deep heavy duty steel cantilever parts rack Â– 4 shelf. building | H | 150.00 |
| | | Qty 1 7" angle grinder milwaukee building | H | 100.00 |
| | | Qty 1 72"lg. x 30" wide x 36" tall sheet steel rack Â– 5 compartment. building | H | 100.00 |
| | | Qty 1 72"lg. x 54" tall x 24" deep heavy duty cantilever lumber/steel rack Â– 3 shelf. building | H | 100.00 |
| | | Qty 1 8" bench grinder with pedestal stand building | H | 250.00 |
| | | Qty 1 84"lg. x 84" tall x 16" deep heavy duty cantilever steel rack Â– 8 shelf. building | H | 250.00 |
| | | Qty 1 89"lg. x 84" tall x 24" deep medium duty cantilever steel rack Â– 6 shelf. building | H | 150.00 |
| | | Qty 1 ami manual pipe notcher Â¾"-1"-1-1/4" with pedestal stand building | H | 300.00 |
| | | Qty 1 arc 200amp ac/dc heliwelder with cart building | H | 500.00 |
| | | Qty 1 bewo automatic cut-off saw building | H | 2,000.00 |
| | | Qty 1 bostitch #f28ww-pn pneumatic framing nailer building | H | 225.00 |
| | | Qty 1 bostitch #n80 pneumatic framing nailer building | H | 150.00 |
| | | Qty 1 bridgeport milling machine with numeric controls and power feed. building | H | 2,950.00 |
| | | Qty 1 bridgeport milling machine. building | H | 2,000.00 |
| | | Qty 1 clipper 12" manual belt lacing machine with pedestal stand building | H | 1,500.00 |
| | | Qty 1 clipper 6" manual belt lacer building | H | 300.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Custom Conveyer & Fabrication Corp. Case No. ____________
Debtor(s) (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Qty 1 coleman spray gun building | H | 25.00 |
| | | Qty 1 datsun 4500# propane fork lift building | H | 4,000.00 |
| | | Qty 1 devilbiss 10ga. put spray gun with pot and hoses building | H | 350.00 |
| | | Qty 1 dewalt reciprocating saw building | H | 45.00 |
| | | Qty 1 esab plasma torch #pcm-875 with cart building | H | 1,300.00 |
| | | Qty 1 fork truck manlift basket building | H | 500.00 |
| | | Qty 1 grob vertical band saw Â½" blade 24" throat 28" x 24" table model# ns24 building | H | 3,500.00 |
| | | Qty 1 hilti #tkt2500 screw gun electric building | H | 50.00 |
| | | Qty 1 hobart fabricator mig welder with aluminum mig attachment and cart. building | H | 1,150.00 |
| | | Qty 1 hydraulic ironworker Â– peddinghaus peddiworker 550 (55ton) with gravity roller building | H | 7,000.00 |
| | | Qty 1 ingersoll-rand 150 gal vertical air compressor. building | H | 1,500.00 |
| | | Qty 1 jet belt sander/disc grinder model# jsg-6 1.5hp building | H | 700.00 |
| | | Qty 1 kalamazoo 1" blade horizontal band saw with gravity roller conveyors. building | H | 1,200.00 |
| | | Qty 1 kalamazoo 3" wide x 40"lg. belt sander building | H | 1,100.00 |
| | | Qty 1 kalamazoo Â¾" blade horizontal band saw with gravity roller conveyors. building | H | 600.00 |
| | | Qty 1 knack gang box 5ft. wide x 30" deep x 48" tall. building | H | 300.00 |
| | | Qty 1 lot 10 drawer toolbox full loaded with handtools. building | H | 1,500.00 |
| | | Qty 1 lot milling machine drills, end mills, hole saws, colletts. building | H | 500.00 |
| | | Qty 1 lot misc air hose with couplers building | H | 150.00 |
| | | Qty 1 lot misc. 110v and 480v extension cords building | H | 150.00 |
| | | Qty 1 lot pony pipe clamps building | H | 75.00 |
| | | Qty 1 lot raw material in shop building | H | 3,000.00 |
| | | Qty 1 lvd 150ton x 10ft. press brake with punches, dies, and die rack Â– hurco autobend7 cnc building | H | 39,500.00 |
| | | Qty 1 lvd Â¼" x 10ft. hydraulic shear with electric numeric back guage, 9ft. squaring arm building | H | 25,000.00 |
| | | Qty 1 miller #cp-300 mig welder with swivel head and cart building | H | 1,500.00 |
| | | Qty 1 miller deltaweld 302 mig welder with cart. building | H | 1,700.00 |
| | | Qty 1 miller dynasty 200 tig welder with cart building | H | 4,400.00 |
| | | Qty 1 miller model# 320a/bp tig welder with cart building | H | 500.00 |
| | | Qty 1 milling machine vise with swivel base. building | H | 500.00 |
| | | Qty 1 milling machine vise. building | H | 300.00 |
| | | Qty 1 motor operated conveyor rail rolling machine with variable speed controller building | H | 1,500.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Custom Conveyer & Fabrication Corp. Case No. ____
Debtor(s) (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Qty 1 open air spray booth with exhaust, 6 lights and plenum Â– devilbiss 15ft. deep x 14ft wide building** | **H** | **6,000.00** |
| | | **Qty 1 oxygen/acetylene torch cart with hose, torch and gauges. building** | **H** | **500.00** |
| | | **Qty 1 pallet jack building** | **H** | **100.00** |
| | | **Qty 1 pneumatic da sander building** | **H** | **25.00** |
| | | **Qty 1 pneumatic dynabrade #04000 building** | **H** | **75.00** |
| | | **Qty 1 ramco manual hydraulic 55ton arbor press. building** | **H** | **1,200.00** |
| | | **Qty 1 rockwell motorized mitre box building** | **H** | **100.00** |
| | | **Qty 1 ryobi 18v box kit (saws, vacuum, flashlight) building** | **H** | **50.00** |
| | | **Qty 1 scray steel hopper on wheels x 30" wide x 48"lg. building** | **H** | **300.00** |
| | | **Qty 1 tap and die kit (incomplete) building** | **H** | **25.00** |
| | | **Qty 1 tomet #t315 12" cut-off saw with vise, swivel head and cart. building** | **H** | **1,500.00** |
| | | **Qty 1 victor #1640 lathe with 3 jaw chuck, 4 jaw chuck, drill chuck, tool holders and tooling building** | **H** | **10,000.00** |
| | | **Qty 1 whitney manual hand punch building** | **H** | **100.00** |
| | | **Qty 1 Â½" electric impact gun Â– protacable building** | **H** | **75.00** |
| | | **Qty 1 Â½" nylon strapping shipping cart with bander and clips. building** | **H** | **200.00** |
| | | **Qty 1 Â¾" steel strapping shipping cart with bander and crimper building** | **H** | **550.00** |
| | | **Qty 11 heavy duty shop carts on wheels. building** | **H** | **550.00** |
| | | **Qty 16 misc. size parts shelves building** | **H** | **1,200.00** |
| | | **Qty 2 183"lg. x 120" tall x 18" deep heavy duty cantilever steel rack Â– 9 shelf. building** | **H** | **1,000.00** |
| | | **Qty 2 36" wide x 73" tall x 12" deep parts shelf with plastic bins Â– 13 shelves Â– 70 building** | **H** | **300.00** |
| | | **Qty 2 57" tall x 36"lg. x 14" deep parts shelf with plastic bins Â– 7 shelf Â– 21 bin o building** | **H** | **150.00** |
| | | **Qty 2 7-1/4" circular saw building** | **H** | **50.00** |
| | | **Qty 2 acme step-down transformer 480v to 230v with carts building** | **H** | **2,400.00** |
| | | **Qty 2 binks spray guns building** | **H** | **50.00** |
| | | **Qty 2 manual grease gun building** | **H** | **30.00** |
| | | **Qty 2 pneumatic pop-riveter building** | **H** | **200.00** |
| | | **Qty 2 shop carts with fastener bins on wheels. building** | **H** | **300.00** |
| | | **Qty 2 shop vacuums building** | **H** | **50.00** |
| | | **Qty 2 Â½" drill milwaukee and rockwell building** | **H** | **150.00** |
| | | **Qty 3 48" wide x 96"lg. heavy duty steel work bench building** | **H** | **2,550.00** |
| | | **Qty 3 rigid 18v drills with battery and charger building** | **H** | **150.00** |
| | | **Qty 3 welding protection screens building** | **H** | **150.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Custom Conveyer & Fabrication Corp. Case No. ______
Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Qty 4 floor shop fans building | H | 160.00 |
| | | Qty 4 heavy duty welded steel work horses. building | H | 400.00 |
| | | Qty 4 stand-up shop tool box building | H | 140.00 |
| | | Qty 4 step ladders building | H | 60.00 |
| | | Qty 5 8ft. wide x 3ft. deep x 12ft. tall pallet rack. building | H | 1,000.00 |
| | | Qty 52 stackable steel parts bins 8" deep x 10" wide x 20"lg. building | H | 780.00 |
| | | Qty 6 4-1/2" angle grinder Â– dewalt, milwaukee, building | H | 300.00 |
| | | Qty 8 3/8" drill milwaukee, dewalt, ryobi, bosch building | H | 280.00 |
| | | Qty 8 medium duty collapsible work horses building | H | 120.00 |
| | | Qty2 43" wide x 65" tall x 18" dp 45gal safety storage cabinet for flammable liquid. building | H | 400.00 |
| | | Raw materials on premises<br><br>Paint<br>Steel<br>Fasteners<br>Saw Blades<br>Sanding Disks<br>Pneumatics<br>Welding Supplies<br>Shipping Supplies | | 2,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 251,459.80 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

0 continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

**IN RE Custom Conveyer & Fabrication Corp.** Case No. ____________
Debtor(s) (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

** Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Custom Conveyer & Fabrication Corp.** Case No. ____________
Debtor(s) (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0199**<br>**Harris Bank Hinsdale**<br>**114 W 1st. Street**<br>**Hinsdale, IL 60521** | **X** | | **Commercial Line of Credit**<br>VALUE $ **265,000.00** | | | | **185,623.11** | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | $ **185,623.11** | $ |
| | | | Total (Use only on last page) | | | | $ **185,623.11** | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Custom Conveyer & Fabrication Corp. Case No. ____________
Debtor(s) (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Custom Conveyer & Fabrication Corp.** Case No. ______________
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0205**<br>**Aaa Cooper**<br>**170 Kendall Point Dr.**<br>**Oswego, Il, IL 60543** | | **H** | **Jan 2010 Other** | | | | **1,071.34** |
| ACCOUNT NO. **NA**<br>**Advance Lifts**<br>**701 Kirk Road**<br>**St. Charles, IL 60174-5498** | | **H** | **Dec 09-Jan 2010 Other** | | | | **1,692.00** |
| ACCOUNT NO. **NA**<br>**Ams Machining**<br>**Po Box 1064**<br>**Saint Charles, IL 60174** | | **H** | **Jan 2010 Other** | | | | **809.26** |
| ACCOUNT NO. **NA**<br>**Anderson Drive LLC**<br>**25 Forestwood Drive**<br>**Romeoville, IL 60446** | | | **Mar, April 2010** | | | | **16,168.00** |

**8** continuation sheets attached

Subtotal (Total of this page) $ **19,740.60**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Custom Conveyer & Fabrication Corp.** Case No. ____________
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0000**<br>**Apache Hose & Belting Co.**<br>**624 Anderson Drive, Unit B**<br>**Romeoville, IL 60446** | | **H** | **Nov 09-Feb 2010 Other** | | | | **512.77** |
| ACCOUNT NO. **NA**<br>**Applied Industrial**<br>**22510 Network Place**<br>**Chicago, IL 60673-1225** | | **H** | **Oct 09-Mar 2010 Other** | | | | **19,694.45** |
| ACCOUNT NO. **NA**<br>**Ball Transfer Systems**<br>**2965 Pittsburgh Road**<br>**Perryopolis, PA 15473** | | **H** | **Feb-Mar 2010 Other** | | | | **571.74** |
| ACCOUNT NO. **NA**<br>**Bean Express Coffee Inc.**<br>**P.o. Box 111**<br>**Bensenville, Il, IL 60106-0111** | | **H** | **Oct 09-Mar 2010 Other** | | | | **1,070.75** |
| ACCOUNT NO. **NA**<br>**Bris Industrial**<br>**1361 Canton Farm Road**<br>**Lockport, IL 60441** | | **H** | **Oct 09 Other** | | | | **496.20** |
| ACCOUNT NO. **6507**<br>**Brown Campbell**<br>**11800 Investment Drive**<br>**Shelby Township, MI 48315** | | **H** | **Jan 2010 Other** | | | | **1,129.00** |
| ACCOUNT NO. **4882**<br>**Catching Fluidpower Inc.**<br>**881 Remington Blvd.**<br>**Bolingbrook, IL 60440** | | **H** | **Mar 2010 Other** | | | | **1,292.76** |

Sheet no. **1** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **24,767.67**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Custom Conveyer & Fabrication Corp.** Case No. ____________
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0435**<br>**Central States Casters**<br>**P.o. Box 2795**<br>**Appleton, WI 54912-2795** | | H | Jan 2010 Other | | | | 726.00 |
| ACCOUNT NO. **1226**<br>**Chicago Chain & Transmission**<br>**650 E. Plainfield Road**<br>**Countryside, IL 60525** | | H | Dec 09- Mar 2010 Other | | | | 5,152.64 |
| ACCOUNT NO. **2028**<br>**Comed**<br>**Bill Payment Center**<br>**Chicago, Il, IL 60668-0001** | | H | Mar 2010 Other | | | | 479.64 |
| ACCOUNT NO. **NA**<br>**Conveyor Craft Inc.**<br>**1273 Windham Pkwy**<br>**Romeoville, IL 60440** | | H | Dec 09 Other | | | | 4,712.40 |
| ACCOUNT NO. **NA**<br>**Csx Inc.**<br>**P.o. Box 388568**<br>**Chicago, IL 60638** | | H | Nov 09 Other | | | | 39.12 |
| ACCOUNT NO. **9898**<br>**Dematic Corporation**<br>**P.o. Box 12021**<br>**Newark, Nj, NJ 07101-5021** | | H | Dec 09-Jan 2010 Other | | | | 400.64 |
| ACCOUNT NO. **NA**<br>**Dreyer Transportation**<br>**7223 South Route 83 Suite 309**<br>**Willowbrook, IL 60527** | | H | Mar 2010 Other | | | | 326.13 |

Sheet no. **2** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **11,836.57**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Custom Conveyer & Fabrication Corp.** Debtor(s) Case No. __________ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. NA<br>Eds Express Inc<br>921 Brian Drive Unit A<br>Cresthill, IL 60403 | | H | Nov 09-Feb 2010 Other | | | | 1,001.20 |
| ACCOUNT NO. 0200<br>Fabwerks<br>911 Brian Drive<br>Crest Hill, IL 60403 | | H | Oct 09- Jan 2010 Other | | | | 14,807.83 |
| ACCOUNT NO. 0711<br>Fdc Corp<br>1429 Jeffrey Drive<br>Addison, IL 60101 | | H | Jan-Feb 2010 Other | | | | 739.76 |
| ACCOUNT NO. 0452<br>Fedex Freight<br>4103 Collection Center Dr.<br>Chicago, IL 60693 | | H | Dec 09 Other | | | | 285.70 |
| ACCOUNT NO. 6180<br>Fluid Power Engineering Co., Inc.<br>110 Gordon Street<br>Elk Grove, IL 60007-1120 | | H | Jan-Mar 2010 Other | | | | 1,486.10 |
| ACCOUNT NO. 71<br>Foremost Fastener<br>1010 W. National Ave<br>Addison, IL 60101 | | H | Dec 09 Other | | | | 1,657.50 |
| ACCOUNT NO. 9428<br>Grainger<br>Dept. 827719428<br>Palatine, IL 60038-0001 | | H | Mar 2010 Other | | | | 1,771.82 |

Sheet no. 3 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 21,749.91

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Custom Conveyer & Fabrication Corp.** Debtor(s) Case No. ______ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **633**<br>**Great Lakes Speacialty Metals**<br>**Dept #257 Po Box 8000**<br>**Buffalo, NY 14267** | | **H** | **Dec 09- Jan 2010 Other** | | | | **3,035.29** |
| ACCOUNT NO. **NA**<br>**Habasit America**<br>**Nw5251 P.o. Box 1450**<br>**Minneapolis, MN 55485-5251** | | **H** | **Nov 09- Feb 2010 Other** | | | | **790.44** |
| ACCOUNT NO. **NA**<br>**Ht Lumber And Crates**<br>**200 Industrial Drive**<br>**Hampshire, ID 60140-7903** | | **H** | **Dec 09- Mar 2010 Other** | | | | **929.53** |
| ACCOUNT NO. **5900**<br>**Ici Dulux Paint Centers**<br>**26 West 63rd Street**<br>**Westmont, ID 60559** | | **H** | **Nov 09 - Jan 2010 Other** | | | | **966.75** |
| ACCOUNT NO. **NA**<br>**Industrial Steel Service Center Inc.**<br>**1700 W. Cortland Court**<br>**Addison, IL 60101** | | **H** | **Dec 09- Feb 2010 Other** | | | | **5,445.91** |
| ACCOUNT NO. **6952**<br>**Intralox Llc**<br>**P.o. Box 730367**<br>**Dallas, Tx, TX 75373-0367** | | **H** | **Jan 2010 Other** | | | | **7,422.17** |
| ACCOUNT NO. **NA**<br>**Itoh Denki**<br>**135 Stewart Road**<br>**Hanover Township, PA 18706-1462** | | **H** | **Feb 09 Other** | | | | **809.85** |

Sheet no. **4** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **19,399.94**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Custom Conveyer & Fabrication Corp.** Case No. ____________
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4700**<br>**Kaman Industrial Technologies**<br>**P.o. Box 74566**<br>**Chicago, IL 60690-4566** | | **H** | **Mar 2010 Other** | | | | **4,125.05** |
| ACCOUNT NO. **0250**<br>**Kinko Ace Hardware**<br>**6216 S. Main Street**<br>**Downers Grove, IL 60516** | | **H** | **Oct 09 Other** | | | | **154.12** |
| ACCOUNT NO. **7000**<br>**Konica Minolta**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | | **H** | **Mar 2010 Other** | | | | **118.57** |
| ACCOUNT NO. **7479**<br>**Konrady Plastics**<br>**1780 Coppes Court**<br>**Portage, IN 46368** | | **H** | **Oct 09 - Jan 2010 Other** | | | | **3,273.65** |
| ACCOUNT NO. **1902**<br>**Leeson Electric Corporation**<br>**Bin # 321**<br>**Milwaukee, WI 53288** | | **H** | **Jan-Feb 2010 Other** | | | | **1,850.29** |
| ACCOUNT NO. **NA**<br>**Liebovich Steel & Aluminum Co.**<br>**2116 Preston Street**<br>**Rockford, Il 61102, IL 61102** | | **H** | **Jan-Feb 2010 Other** | | | | **10,165.65** |
| ACCOUNT NO. **NA**<br>**M&r Machine & Tool, Inc.**<br>**257 Langton Lane**<br>**Bloomingdale, IL 60108-1921** | | **H** | **Feb 2010 Other** | | | | **611.52** |

Sheet no. **5** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **20,298.85**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Custom Conveyer & Fabrication Corp. Debtor(s) Case No. (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5402<br>Mcmaster Carr Supply Co.<br>P.o. Box 7690<br>Chicago, IL 60680-7690 | | H | Nov 09- Mar 2010 Other | | | | 4,192.26 |
| ACCOUNT NO. NA<br>Merit Freight Systems<br>Po Box 91900<br>Elk Grove Village, IL 60009 | | H | Dec 09 Other | | | | 773.13 |
| ACCOUNT NO. 7501<br>Motion Industries<br>P.o. Box 98412<br>Chicago, IL 60693 | | H | Apr 08, Aug 08 Other | | | | 980.73 |
| ACCOUNT NO. NA<br>National Metal Fabricators<br>2395 Greegleaf Avenue<br>Elk Grove Village, IL 60007 | | H | Dec 09 - Jan 2010 Other | | | | 2,757.56 |
| ACCOUNT NO. NA<br>New Specialized Products<br>P.o. Box 437<br>Taylorville, IL 62568 | | H | Dec 09 Other | | | | 3,567.30 |
| ACCOUNT NO. NA<br>Omni Metal Craft Corp.<br>4040 Us Route 23 North<br>Alpena, MI 49707 | | H | Nov 09- Jan 2010 Other | | | | 2,393.86 |
| ACCOUNT NO. X340<br>Praxair Distribution<br>Dept Ch 10660<br>Palatine, IL 60055-0660 | | H | Dec 09 - Mar 2010 Other | | | | 400.53 |

Sheet no. 6 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 15,065.37

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Custom Conveyer & Fabrication Corp. Debtor(s) Case No. (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. NA<br>Quill<br>Po Box 37600<br>Philadelphia, PA 19101-0600 | | H | Jan 2010 Other | | | | 206.57 |
| ACCOUNT NO. 9727<br>Reid Tool & Supply Co.<br>P.o. Box 179<br>Muskegon, MI 49443 | | H | Dec 09 Other | | | | 33.59 |
| ACCOUNT NO. 7700<br>Sew Eurodrive<br>P.o. Box 75701<br>Charlotte, NC 28275-0701 | | H | Jan-Mar 2010 Other | | | | 2,084.88 |
| ACCOUNT NO. 4061<br>Smc Corporation Of America<br>P.o. Box 70269<br>Chicago, IL 60673-0269 | | H | Feb 2010 Other | | | | 190.00 |
| ACCOUNT NO. 1042<br>Sunnyside Corporation<br>1907 Momentum Place<br>Chicago, IL 60689-5319 | | H | Jan 2010 Other | | | | 606.20 |
| ACCOUNT NO. 4456<br>Thomasnet<br>Dept Ch 14193<br>Palatine, IL 60055-4193 | | H | Dec 09 Other | | | | 2,046.48 |
| ACCOUNT NO. NA<br>Thornel Associates<br>1961 University Lane<br>Lisle, IL 60532 | | H | Jan 2010 Other | | | | 8,226.29 |

Sheet no. 7 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 13,394.01

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Custom Conveyer & Fabrication Corp. Debtor(s) Case No. (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1441**<br>**Tri-state Propane Exchange Llc**<br>**P.o. Box 430**<br>**Moonka, IL 60447** | | H | Feb-Mar 2010 Other | | | | 110.35 |
| ACCOUNT NO. **91E8**<br>**United Parcel Service**<br>**Lock Box 577**<br>**Carol Stream, IL 60132-0577** | | H | Feb-Mar 2010 Other | | | | 330.96 |
| ACCOUNT NO. **NA**<br>**Ups Freight**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | | H | Jan-Feb 2010 Other | | | | 255.73 |
| ACCOUNT NO. **7740**<br>**Usf Holland**<br>**27052 Network Place**<br>**Chicago, IL 60673-1270** | | H | Dec-Mar 2010 Other | | | | 844.42 |
| ACCOUNT NO. **3222**<br>**Waste Management Of Illinois**<br>**P.o. Box 4648**<br>**Carol Stream, IL 60197-4648** | | H | Apr 2010 Other | | | | 102.10 |
| ACCOUNT NO. **C002**<br>**Wildfire**<br>**Dept. La 21358**<br>**Pasadena, CA 91185-1358** | | H | Jan 2010 Other | | | | 180.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 8 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,823.56

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 148,076.48

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Custom Conveyer & Fabrication Corp.** Debtor(s) Case No. ______ (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Harris Bank Line Of Credit** | **Commercial Line of Credit** |
| **Konika/Minolta** | **Copy Machine Lease** |
| **Anderson Drive, LLC** | **Month-to-Month Property Lease** |
| **See Beyond** | **Phone and Internet** |
| **Thomasnot** | **Search engine/SEO for manufacturers** |
| **Waste Management Of Illinois** | **Waste Disposal** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Custom Conveyer & Fabrication Corp.** Case No. ____________
Debtor(s) (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Donald W. Hughes**<br>**6825 Ticonderoga Road**<br>**Downers Grove, IL 60506** | **Harris Bank Hinsdale**<br>**114 W 1st. Street**<br>**Hinsdale, IL 60521** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Custom Conveyer & Fabrication Corp.** Case No. ____________
Debtor(s) (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _______ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ____________________ Signature: ______________________________
Debtor

Date: ____________________ Signature: ______________________________
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Custom Conveyer & Fabrication Corp.** (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **23** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 28, 2010** Signature: ***/s/ Donald William Hughes***

**Donald William Hughes**
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:** Case No. ______________________

**Custom Conveyer & Fabrication Corp.** Chapter **7**
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **3,600,000.00** | **$300K 2010 YTD**<br>**$1.6M 2009**<br>**$1.7M 2008** |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
***Complete a. or b., as appropriate, and c.***

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

** Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Industrial Steel Service Center v. Custom Conveyor, 10 SR 1357** | **Breach of Contract** | **18th Judicial Circuit, Wheaton, Illinois** | **Summons Issued (Return date 06-02)** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **M. Hedayat & Associates, P.C.** | **March 2010** | **4,100.00** |

**$ 500 Filing and Due Diligence**
**$3,500 Chapter 7 Fees**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**$ 100 Office Consult**

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Custom Conveyor And Fabrication Corp.** | **36-3760256** | **624 Anderson Drive, Unit A Romeoville, IL 60446** | **Manufacturing** | **April 1991 to April 2010** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael Costin**<br>**4699 Auvergne Suite 5**<br>**Lisle, IL 60532**<br>**Accountant since 1998** | **Jan 1999 - present** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael Costin**<br>**4699 Auvergne Suite 5**<br>**Lisle, IL 60532** | **Jan 1999-present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Michael Costin**
**4699 Auvergne Suite 5**
**Lisle, IL 60532**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Harris Bank, Hinsdale**<br>**Kirk Dewart**<br>**114 S First St**<br>**Hinsdale, IL**<br>**Quarterly Business Financial reviews**<br>**Annual Personal Financial review** | |
| **National City Bank, Bolingbrook**<br>**Considered switching lenders** | **October 2009** |

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Donald W. Hughes**<br>**6825 Ticonderoga Road**<br>**Downers Grove, IL 60506** | **President** | **100** |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **May 28, 2010**                         Signature: ***/s/ Donald William Hughes***

                                              **Donald William Hughes, President**
                                              Print Name and Title

          [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                        **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:** Case No. ____________

**Custom Conveyer & Fabrication Corp.** Chapter **7**
Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors **61**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May 28, 2010**

***/s/ Donald William Hughes***
Debtor

____________
Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Custom Conveyer & Fabrication Corp.
6825 Ticonderoga Road
Downers Grove, IL 60516

M. Hedayat & Associates, P.C.
425 Quadrangle Drive Ste. 101
Bolingbrook, IL 60440

Aaa Cooper
170 Kendall Point Dr.
Oswego, Il, IL 60543

Advance Lifts
701 Kirk Road
St. Charles, IL 60174-5498

Ams Machining
Po Box 1064
Saint Charles, IL 60174

Anderson Drive LLC
25 Forestwood Drive
Romeoville, IL 60446

Apache Hose & Belting Co.
624 Anderson Drive, Unit B
Romeoville, IL 60446

Applied Industrial
22510 Network Place
Chicago, IL 60673-1225

Ball Transfer Systems
2965 Pittsburgh Road
Perryopolis, PA 15473

Bean Express Coffee Inc.
P.o. Box 111
Bensenville, Il, IL 60106-0111

Bris Industrial
1361 Canton Farm Road
Lockport, IL 60441

Brown Campbell
11800 Investment Drive
Shelby Township, MI 48315

Catching Fluidpower Inc.
881 Remington Blvd.
Bolingbrook, IL 60440

Central States Casters
P.o. Box 2795
Appleton, WI 54912-2795

Chicago Chain & Transmission
650 E. Plainfield Road
Countryside, IL 60525

Comed
Bill Payment Center
Chicago, Il, IL 60668-0001

Conveyor Craft Inc.
1273 Windham Pkwy
Romeoville, IL 60440

Csx Inc.
P.o. Box 388568
Chicago, IL 60638

Dematic Corporation
P.o. Box 12021
Newark, Nj, NJ 07101-5021

Donald W. Hughes
6825 Ticonderoga Road
Downers Grove, IL 60506

Dreyer Transportation
7223 South Route 83 Suite 309
Willowbrook, IL 60527

Eds Express Inc
921 Brian Drive Unit A
Cresthill, IL 60403

Fabwerks
911 Brian Drive
Crest Hill, IL 60403

Fdc Corp
1429 Jeffrey Drive
Addison, IL 60101

Fedex Freight
4103 Collection Center Dr.
Chicago, IL 60693

Fluid Power Engineering Co., Inc.
110 Gordon Street
Elk Grove, IL 60007-1120

Foremost Fastener
1010 W. National Ave
Addison, IL 60101

Grainger
Dept. 827719428
Palatine, IL 60038-0001

Great Lakes Speacialty Metals
Dept #257 Po Box 8000
Buffalo, NY 14267

Habasit America
Nw5251 P.o. Box 1450
Minneapolis, MN 55485-5251

**Harris Bank Hinsdale**
**114 W 1st. Street**
**Hinsdale, IL 60521**

**Ht Lumber And Crates**
**200 Industrial Drive**
**Hampshire, ID 60140-7903**

**Ici Dulux Paint Centers**
**26 West 63rd Street**
**Westmont, ID 60559**

**Industrial Steel Service Center Inc.**
**1700 W. Cortland Court**
**Addison, IL 60101**

**Intralox Llc**
**P.o. Box 730367**
**Dallas, Tx, TX 75373-0367**

**Itoh Denki**
**135 Stewart Road**
**Hanover Township, PA 18706-1462**

**Kaman Industrial Technologies**
**P.o. Box 74566**
**Chicago, IL 60690-4566**

**Kinko Ace Hardware**
**6216 S. Main Street**
**Downers Grove, IL 60516**

**Konica Minolta**
**21146 Network Place**
**Chicago, IL 60673-1211**

**Konrady Plastics**
**1780 Coppes Court**
**Portage, IN 46368**

**Leeson Electric Corporation**
**Bin # 321**
**Milwaukee, WI 53288**

**Liebovich Steel & Aluminum Co.**
**2116 Preston Street**
**Rockford, Il 61102, IL 61102**

**M&r Machine & Tool, Inc.**
**257 Langton Lane**
**Bloomingdale, IL 60108-1921**

**Mcmaster Carr Supply Co.**
**P.o. Box 7690**
**Chicago, IL 60680-7690**

**Merit Freight Systems**
**Po Box 91900**
**Elk Grove Village, IL 60009**

**Motion Industries**
**P.o. Box 98412**
**Chicago, IL 60693**

**National Metal Fabricators**
**2395 Greegleaf Avenue**
**Elk Grove Village, IL 60007**

**New Specialized Products**
**P.o. Box 437**
**Taylorville, IL 62568**

**Omni Metal Craft Corp.**
**4040 Us Route 23 North**
**Alpena, MI 49707**

**Praxair Distribution**
**Dept Ch 10660**
**Palatine, IL 60055-0660**

**Quill**
**Po Box 37600**
**Philadelphia, PA 19101-0600**

**Reid Tool & Supply Co.**
**P.o. Box 179**
**Muskegon, MI 49443**

**Sew Eurodrive**
**P.o. Box 75701**
**Charlotte, NC 28275-0701**

**Smc Corporation Of America**
**P.o. Box 70269**
**Chicago, IL 60673-0269**

**Sunnyside Corporation**
**1907 Momentum Place**
**Chicago, IL 60689-5319**

**Thomasnet**
**Dept Ch 14193**
**Palatine, IL 60055-4193**

**Thornel Associates**
**1961 University Lane**
**Lisle, IL 60532**

**Tri-state Propane Exchange Llc**
**P.o. Box 430**
**Moonka, IL 60447**

**United Parcel Service**
**Lock Box 577**
**Carol Stream, IL 60132-0577**

**Ups Freight**
**28013 Network Place**
**Chicago, IL 60673-1280**

**Usf Holland**
**27052 Network Place**
**Chicago, IL  60673-1270**

**Waste Management Of Illinois**
**P.o. Box 4648**
**Carol Stream, IL  60197-4648**

**Wildfire**
**Dept. La 21358**
**Pasadena, CA  91185-1358**